DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Billy G. Schindewolf, et al., | ) |
| | ) CASE NO. 5:10-CV-00204 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGMENT ENTRY |
| | ) |
| Seymour Construction, Inc., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss is DENIED;

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion to Transfer this case to the United States District Court, Northern District of Florida is GRANTED.

The Clerk is directed to transfer this case to the United States District Court, Northern District of Florida by sending the same to the Clerk for the United States District Court, Northern District of Florida at 111 N. Adams St. Tallahassee, FL 32301.

This case is closed.

IT IS SO ORDERED.

| | |
|---|---|
| June 3, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |