IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BILLY SCHINDEWOLF,**
**DORIS SCHINDEWOLF,**
**and SCHINDEWOLF LIVING**
**TRUST, DATED AUGUST 8,**
**2001,**

**Plaintiffs,**

vs.                                        CASE NO. 5:10cv145/RS-MD

**SEYMOUR CONSTRUCTION,**
**INC. and SCOTT SEYMOUR,**

**Defendants.**
_____/

## ORDER

Before me is the parties' notice of mediation (Doc. 51). The parties shall file their mediation report not later than March 2, 2011.

**ORDERED** on February 28, 2011.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**