## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

BILLY G SCHINDEWOLF et al

   VS                                             CASE NO. 5:10CV145-RS-CJK

SEYMOUR CONSTRUCTION INC et al

### JUDGMENT

This action came before the Court with the Honorable Richard Smoak presiding. The issues have been tried or heard and a decision has been rendered.

- Judgment is entered in favor of Plaintiffs (**BILLY G SCHINDEWOLF, DORIS M SCHINDEWOLF, SCHINDEWOLF LIVING TRUST, DATED AUGUST 8, 2001**) against Defendant **SEYMOUR CONSTRUCTION INC** in the amount of $450,000, plus interest from June 30, 2007, until the date of this judgment.

- Judgment is entered in favor of **SCOTT SEYMOUR**, individually, against Plaintiffs (**BILLY G SCHINDEWOLF, DORIS M SCHINDEWOLF, SCHINDEWOLF LIVING TRUST, DATED AUGUST 8, 2001**).

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

| June 20, 2011 | s/ Jeremy Wright |
|---|---|
| DATE | Deputy Clerk: Jeremy Wright |